plinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Franklin C. BROWN, Respondent.

No. 987 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 29, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of December, 2004, there having been filed with this Court by Franklin C. Brown his verified Statement of Resignation dated November 22, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Franklin C. Brown be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disci-

■

In the Matter of Frederick
Leo WILLIAMS, Jr.

Petition for Reinstatement
from Inactive Status.

No. 77 DB 2004.

Supreme Court of Pennsylvania.

Dec. 29, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of December, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 7, 2004, are approved and IT IS ORDERED that FREDERICK LEO WILLIAMS, JR., who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for